In the Matter of the Estate of S. PETERSON, Also Known as SVANTE PETERSON, Deceased.

MILDRED JANE CLOSE, Appellant, *v.* R. S. FLANARY, Executor, R. S. FLANARY, JUANITA D. FLANARY, FRANCES ATKINSON, VERN HURSH and NEVADA CHAPTER of the NATIONAL FOUNDATION for INFANTILE PARALYSIS, Respondents.

No. 3961

January 31, 1957.                306 P.2d 121.

*Nada Novakovich,* of Reno, for Appellant.

*Lohse & Fry,* of Reno, for Respondents Flanary, Atkinson and Hursh.

*Robert L. McDonald,* of Reno, for Respondent Nevada Chapter of the National Foundation for Infantile Paralysis.

## OPINION

ON MOTION TO DISMISS

*Per Curiam:*

This is an appeal by the plaintiff below from an order striking substantial matter from her complaint. Respondents have moved for dismissal of the appeal upon the ground that such an order is not an appealable order under Rule 72(b) N.R.C.P.

The order does not have the finality which might constitute it a final judgment nor is it among the orders before judgment specified as appealable. Accordingly, the motion must be granted.

Appeal dismissed.